CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 10 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Brugh
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICKEY MCCOY THOMAS, | ) | |
| | ) | Civil Action No. 7:03-CV-00756 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| ROANOKE ELECTRIC STEEL | ) | |
| CORPORATION, | ) | |
| | ) | By: James C. Turk |
| Defendant. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day in the above captioned matter, the Defendant's motion to dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure is hereby **GRANTED,** and the Plaintiff's claims are hereby **DISMISSED.**

The Clerk of Court is directed to strike this matter from the active docket of the court and to send certified copies of this Order to the Plaintiff and all counsel of record.

**ENTER:** This 10th day of April, 2007.

/s/ James C. Turk
SENIOR UNITED STATES DISTRICT JUDGE